# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF: J. M. D., A CHILD UNDER EIGHTEEN YEARS OF AGE.

No. 79533

THE STATE OF NEVADA,
                    Appellant,

                    vs.

J. M. D.,
                    Respondent.

FILED

FEB 24 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
      DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's motion for a voluntary dismissal of this appeal is granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:    Hon. Gary Fairman, District Judge
       Attorney General/Carson City
       Lincoln County District Attorney
       Kirsty E. Pickering Attorney at Law
       Lincoln County Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

20-07391